A. NICOLE HALLETT (*pro hac vice* pending)
nhallett@uchicago.edu
EDWIN F. MANDEL LEGAL AID CLINIC
6020 S. University Ave.
Chicago, IL 60637
Tel: (203) 910-1980
Fax: (773) 702-2063

ERIKA PINHEIRO (CA Bar No. 275711)
erika@alotrolado.org
AL OTRO LADO
PO Box 32578
Los Angeles, CA 90032
Tel: (619) 786-4866
Fax: (323) 430-8793

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AL OTRO LADO and EDWIN F. MANDEL LEGAL AID CLINIC<br>　　　　Plaintiffs,<br>　　vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>　　　　Defendants. | ) _____<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>) **COMPLAINT FOR**<br>) **DECLARATORY AND**<br>) **INJUNCTIVE RELIEF**<br>)<br>)<br>)<br>)<br>) |

## INTRODUCTION

1.　　This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the U.S. Department of Homeland Security ("DHS"), U.S.

1    Customs and Border Protection ("CBP"), and U.S. Immigration and Customs

2    Enforcement ("ICE") to conduct a proper search for and disclose records possessed

3    by these government agencies regarding the COVID-19 outbreak at the following

4    facilities (hereinafter the "facilities"): Adelanto Detention Center ("Adelanto"),

5    Otay Mesa Detention Center ("Otay Mesa"), and all land ports of entry and Border

6    Patrol stations in California.

7         2.    The documents have been requested by Al Otro Lado ("AOL") and

8    the Edwin F. Mandel Legal Aid Clinic at the University of Chicago Law School

9    ("Mandel Clinic") (together, "Requesters"). AOL is a bi-national non-profit legal

10   services organization established to serve indigent refugees, migrants, and

11   deportees in the U.S. and Mexico. AOL regularly provides information and

12   analysis to the media and the general public, as well as international organizations

13   and human rights monitoring bodies. The Edwin F. Mandel Legal Aid Clinic is a

14   non-profit legal aid clinic at the University of Chicago Law School.

15        3.    It has been 23 business days since DHS, CBP, and ICE granted

16   Requester's request for expedited processing. DHS, CBP, and ICE have failed to

17   make a determination about production within the twenty-business day statutory

18   deadline.

19        4.    The records sought by Requesters' FOIA request are critically

20   important to assist detained persons, families and friends of detained persons,

attorneys, and the general public in understanding how the U.S. government treats people in its custody who are at serious risk due to the COVID-19 pandemic.

5.      The facilities targeted by this request have been hit particularly hard by the COVID-19 pandemic, with Otay Mesa being the site of the largest COVID-19 outbreak of any ICE detention facility nationwide.[1] Many immigrant detainees have preexisting conditions or comorbidities that place them at higher risk for severe illness or death arising from COVID-19.[2] In late April 2020, twelve immigrant detainees at Otay Mesa went on a hunger strike in order to protest the lack of sanitary precautions being taken at the facility.[3] Nationwide, more than half

---

[1] Kate Morrissey, SAN DIEGO UNION-TRIBUNE, *After judge's order, ICE has released just 2 Otay Mesa detainees identified as 'medically vulnerable' so far* (May 4, 2020), https://www.sandiegouniontribune.com/news/immigration/story/2020-05-04/after-judges-order-ice-has-so-far-released-2-otay-mesa-detainees-identified-as-medically-vulnerable; Alison St John and Marissa Cabrera, KPBS, *ICE Slow to Release Otay Mesa Detainees at High Risk from COVID-19* (May 5, 2020), https://www.kpbs.org/news/2020/may/05/ice-slow-release-otay-mesa-detainees-high-risk-cov/.

[2] *See* Shannon Dooling, WBUR, *'They Fear That They're Going To Die Here'; ICE Detainees in Bristol County Speak Out on COVID-19 Concerns* (Mar. 24, 2020), https://www.wbur.org/news/2020/03/24/bristol-county-detainees-immigration-ice-covid-19-coronavirus; Centers for Disease Control and Prevention, *People Who Are at Higher Risk for Severe Illness* (Apr. 15, 2020), available a*t* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html.

[3] Max Rivkin-Nadler, KPBS, *Immigrant Advocates Try to Deliver Masks to Otay Mesa Detention Center* (Apr. 24, 2020), https://www.kpbs.org/news/2020/apr/24/immigrant-advocates-try-deliver-masks-site-biggest/.

of the 3,146 detainees that have been tested for COVID-19 as of June 4, 2020 have

tested positive for the virus,[4] and at least five people—two detainees and three

detention facility guards— have died due to exposure at ICE detention centers.[5]

6.     This request for public records comes at a time when the public and

media have shown a "widespread and exceptional . . . interest in" the issue of

COVID-19 infections in immigration detention facilities and the associated risks

of contagion, sickness, and death that immigrant detainees presently face in ICE

and CBP custody.[6] DHS, CBP, and ICE have failed to substantively and adequately

respond to Requester's urgent request for information.

---

[4] U.S. Immigration and Customs Enforcement, *ICE Guidance on COVID-19* (Jun. 4, 2020), https://www.ice.gov/coronavirus.
[5] Seth Freed Wessler, *Fear, Illness and Death in ICE Detention: How a Protest Grew on the Inside* (Jun. 4, 2020),
https://www.nytimes.com/2020/06/04/magazine/covid-ice.html; Lisa Riordan Seville & Hannah Rappleye, NBC NEWS, *ICE Keeps Transferring Detainees around the Country, Leading to COVID-19 Outbreaks* (May 31, 2020),
https://www.nbcnews.com/politics/immigration/ice-keeps-transferring-detainees-around-country-leading-covid-19-outbreaks-n1212856.
[6] *See* Press Release, Senator Kamala Harris, Harris Statement on Inhumane Conditions at Otay Mesa Detention Center (Apr. 12, 2020), available at
https://www.harris.senate.gov/news/press-releases/harris-statement-on-inhumane-conditions-at-otay-mesa-detention-center; Press Release, Senator Dianne Feinstein, Feinstein to ICE: Protect Detained Immigrants from Coronavirus, Allow Supervised Release (Apr. 27, 2020), available at
https://www.feinstein.senate.gov/public/index.cfm/press-releases?id=D4B25E9D-55D4-4B69-A146-8398827EE027 (summarizing Senator Feinstein's April 27, 2020 letter to Acting ICE Director Matthew T. Albence); Kate Morrissey, SAN DIEGO UNION-TRIBUNE, *As coronavirus spreads in federal detention center, calls for widescale release grow* (Apr. 12, 2020), https://www.sandiegouniontribune.com/news/immigration/story/2020-04-

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and (a)(6)(C)(i). Because this action arises under the federal laws of the United States, this Court also has jurisdiction pursuant to 28 U.S.C. § 1331.

8.     Venue properly rests with this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1)(C) because Plaintiff AOL resides or has its principal place of business within this District.

9.     Plaintiff has exhausted any and all administrative remedies in connection with its FOIA requests, as detailed below.

_____

12/coronavirus-spread-in-otay-mesa-detention-center; Andrea Castillo, LOS ANGELES TIMES, *Judge Orders ICE to reduce number of immigrant detainees at California facility* (April 24, 2020), https://www.latimes.com/california/story/2020-04-24/judge-orders-ice-reduce-immigrant-detainees-adelanto-facility; Tanvi Misra, ROLL CALL, *ICE's COVID-19 test figures hint at health crisis in detention* (April 17, 2020), https://www.rollcall.com/2020/04/17/ices-covid-19-test-figures-hint-at-health-crisis-in-detention/; Jessica Schladebeck, NEW YORK DAILY NEWS, *San Diego immigration detention center turns down masks donated to protect detainees from coronavirus* (Apr. 25, 2020), https://www.nydailynews.com/coronavirus/ny-coronavirus-san-diego-immigration-detention-center-masks-donated-20200425-4ofwikhmijeovo357f63x2k4oe-story.html; *See also* Joshua Matz, THE ATLANTIC, *The Coronavirus Is Testing America's Commitment to People's Constitutional Rights* (April 20, 2020), https://www.theatlantic.com/ideas/archive/2020/04/coronavirus-jails-constitutional-rights/610216/ (examining immigrant detainees' COVID-related due process claims).

# PARTIES

10.    Plaintiff AOL is a bi-national non-profit legal services organization established to serve refugees, migrants, and deportees in the U.S. and Mexico. AOL regularly provides information and analysis to the media and the general public, as well as to international human rights advocacy organizations and human rights monitoring bodies. AOL actively shares and disseminates information about its work and conditions on the U.S.-Mexico border through its various social media accounts and website.[7] Disseminating information to the public is a critical component of AOL's work. AOL does this at no cost to the public.

11.    Plaintiff Mandel Clinic is a non-profit legal aid clinic at the University of Chicago Law School. The Mandel Clinic publishes documents that compile and analyze information regarding legal developments that affect immigrant populations at no cost to the public.[8]

12.    Defendant DHS is a department of the executive branch of the United States government and is an agency within the meaning of 5 U.S.C. § 552(f)(1). DHS is responsible for, *inter alia*, administering and enforcing federal immigration

---

[7] *See e.g.*,
https://twitter.com/AlOtroLado_Org?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor; https://alotrolado.org/programs/border-rights-project/..
[8] *See* https://www.law.uchicago.edu/clinics/immigrants.

laws. Upon information and belief, DHS has possession and control over records requested by Requesters.

13.    Defendant CBP is a component of DHS and an agency within the meaning of 5 U.S.C. § 552(f)(1). CBP is the largest law enforcement agency within DHS and, among other duties, operates and oversees ports of entry and Border Patrol stations. Upon information and belief, CBP has possession and control over records requested by Requesters.

14.    Defendant ICE is a component of DHS and an agency within the meaning of 5 U.S.C. § 552(f)(1). ICE is the largest investigative arm of DHS and, among other duties, operates and oversees detention facilities. Upon information and belief, ICE has possession and control over records requested by Requesters.

**BACKGROUND**

15.    Since the first case of the COVID-19 virus was confirmed in the United States, in January 2020, the disease has spread rapidly throughout the country, infecting over 1.8 million people and killing over 114,000.[9] To reduce the spread of the virus, federal, state, and local government actors have implemented unprecedented social distancing measures to separate people from one another and

---

[9] Centers for Disease Control and Prevention, *Coronavirus Disease 2019 (COVID-19): Cases in the US* (Jun. 5, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

prevent person-to-person spread.[10] Despite such measures, the tremendous flood of COVID-19 cases has often overwhelmed available medical resources.[11]

16.     People in detention centers are particularly vulnerable to the COVID-19 virus. Over the past months, experts have warned that immigrant detention centers are "primed for uncontrolled coronavirus transmission" and amount to "a public health disaster in the making."[12] In a report issued May 6, 2020, the CDC warned that detention facilities "face challenges in controlling the spread of infectious diseases because of crowded, shared environments and potential introductions by staff members and new intakes."[13]

17.     In addition to the risks that arise from crowding, detention centers also pose a serious risk because of poor health care practices. Numerous reports have found that detention centers often have unsanitary conditions and limited medical

---

[10] Sarah Mervosh, Denise Lu, and Vanessa Swales, N.Y. TIMES, *See Which States and Cities Have Told Residents to Stay at Home* (Apr. 20, 2020), https://www.nytimes.com/interactive/2020/us/coronavirus-stay-at-home-order.html.

[11] *See, e.g.*, Melanie Evans, WALL STREET JOURNAL, *US Strategic Stockpile of Medical Supplies Is Outmatched by Coronavirus* (Mar. 23, 2020), https://www.wsj.com/articles/u-s-strategic-stockpile-of-medical-supplies-is-outmatched-by-coronavirus-11584990542.

[12] Jackie Powder, JOHNS HOPKINS BLOOMBERG SCHOOL OF PUBLIC HEALTH: COVID-19 – SCHOOL OF PUBLIC HEALTH EXPERT INSIGHTS, *Detained and Vulnerable to COVID-19* (Apr. 3, 2020), https://www.jhsph.edu/covid-19/articles/detained-and-vulnerable-to-covid-19.html.

[13] Megan Wallace et al., CENTERS FOR DISEASE CONTROL AND PREVENTION (May 6, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6919e1.htm.

resources, while detainees lack basic personal hygiene products such as hand soap or clean towels.[14] Detainees at various detention centers have reported recent outbreaks of other diseases, week-long waits for doctors to see broken bones, mold, leaks, clogged toilets in close proximity to beds, poor ventilation, gray drinking water, and total absence of soap or cleaning supplies.[15] The notoriously poor health and hygiene practices at detention centers make them particularly likely sites for COVID-19 outbreaks, and render them gravely unprepared to address such outbreaks.

18.    Thousands of immigrant detainees are currently held in DHS detention facilities across Southern California, where they are in danger of contracting COVID-19. Many immigrant detainees have preexisting conditions or comorbidities that place them at higher risk for severe illness or death as a result

---

[14] *See, e.g.*, Joshua Matz, THE ATLANTIC, *The Coronavirus Is Testing America's Commitment to People's Constitutional Rights* (Apr. 20, 2020), https://www.theatlantic.com/ideas/archive/2020/04/coronavirus-jails-constitutional-rights/610216/, (describing limited medical care and unsanitary living spaces at immigration detention facilities); Dahlia Lithwick, SLATE MAGAZINE, *A New COVID-19 Lawsuit Seeks to Challenge the Horrifying Conditions in Los Angeles Jails* (Apr. 24, 2020), https://slate.com/news-and-politics/2020/04/covid-19-lawsuit-los-angeles-jails.html (describing risks arising from crowded conditions, shared facilities, and extremely limited hygiene products)>.

[15] Eunice Cho, ACLU, *Immigration Detention Was a Black Box Before COVID-19. Now, It's a Death Trap.* (Apr. 30, 2020), https://www.aclu.org/news/immigrants-rights/immigration-detention-was-a-black-box-before-covid-19-now-its-a-death-trap/.

of COVID-19.[16] Those risks are not limited to ICE detention facilities. As of June 4, 2020, 436 CBP employees nationwide – including 96 in California – had been diagnosed with COVID-19.[17]

19.    COVID-19 has already spread to at least 55 of ICE's detention facilities throughout the country, which total around 200.[18] At least 1,623 immigrants in ICE custody had tested positive for COVID-19 as of June 4, 2020, even though only 3,146 detainees had been tested out of more than 25,000.[19] In other words, over half of tested individuals have contracted COVID-19, indicating that hundreds, if not thousands, of untested individuals have probably contracted the virus as well. In a nationwide CDC report aggregating data from prison and detention facilities, about half of cases identified through facility-wide testing were among asymptomatic and presymptomatic persons,[20] further indicating that the number of COVID-19 cases in ICE facilities is probably far greater than those discovered through the extremely limited testing to date.

---

[16] *See* Dooling, *supra* note 2; Centers for Disease Control and Prevention, *supra* note 2.
[17] U.S. Customs and Border Protection, *CBP COVID-19 Updates and Announcements* (Jun. 4, 2020), https://www.cbp.gov/newsroom/coronavirus#.
[18] Seville & Rappleye, *supra* note 5.
[19] *Id*; U.S. Customs and Border ProtectionImmigration and Customs Enforcement, *supra* note 417.
[20] Wallace et al., *supra* note 13.

20.    The Otay Mesa Detention Center, one of the targets of the FOIA request, is the site of the largest COVID-19 outbreak of any ICE detention facility in the nation.[21] At least 160 ICE detainees and 11 ICE employees had tested positive as of June 4, 2020, and one immigrant has died of the virus.[22] By May 8, 2020, the facility was responsible for almost half of all cases in the 92154 zip code, making it the largest COVID-19 hot spot in San Diego.[23]

21.    Despite the fact that the pandemic spread through the United States months ago, detention facilities have failed to adequately respond. In addition to the severely limited testing described above, which make it impossible to identify and isolate COVID-19 cases, facilities have failed to implement other measures to prevent the spread of the virus. Continued overcrowding in many facilities makes

---

[21] Judy Stone, FORBES, *ICE Is Fueling Coronavirus Outbreaks, Ignoring CDC Guidelines* (Jun. 4, 2020), https://www.forbes.com/sites/judystone/2020/06/04/ice-is-fueling-coronavirus-outbreaks-ignoring-cdc-guidelines/#5cd5771b5ad4.

[22] U.S. Customs and Immigration EnforcementImmigration and Customs Enforcement, *supra* note 417; Kelly Hessedal, *Protesters Demand Otay Mesa Detention Center Release Detainees amid COVID-19 Outbreak* (May 24, 2020), https://www.cbs8.com/article/news/health/coronavirus/protesters-demand-otay-mesa-detention-center-release-detainees-amid-covid-19-outbreak/509-ac88d922-942d-4659-a378-ada455cf7118.

[23] Kate Morrisey, SAN DIEGO UNION-TRIBUNE, *65 More Medically Vulnerable ICE Detainees Released from Otay Mesa Detention Center after Judge's Order* (May 8, 2020), https://www.sandiegouniontribune.com/news/immigration/story/2020-05-08/65-more-medically-vulnerable-ice-detainees-released-from-otay-mesa-detention-center-after-judges-order.

effective social distancing impossible, and ICE has reportedly responded to COVID-19 cases by quarantining potentially infected people in groups, risking transmission between actually infected detainees and those who were not infected.[24] Other reports describe inadequate treatment of sick detainees, including long waits to receive care or serious illness treated only with ibuprofen.[25] Further, continued transfers of immigrants between detention centers have reportedly led to outbreaks in facilities throughout the country, including Texas, Ohio, Florida, Mississippi, and Louisiana.[26] Detainees transferred between facilities have described being crowded into buses with sick detainees.[27] Nobody wore masks, and because detainees were handcuffed, they could not even cover their mouths.[28]

22.    Even though the outbreak in the Otay Mesa Detention Center began in early April, ICE did not begin releasing vulnerable detainees until early May, and only did so in response to a court order from a federal judge.[29] Despite the

---

[24] Fernanda Echavarri and Noah Lanard, MOTHER JONES, *A Doctor on ICE's Response to the COVID-19 Pandemic: "You Could Call It COVID-19 Torture* (Apr. 13, 2020), https://www.motherjones.com/politics/2020/04/a-doctor-on-ices-response-to-the-pandemic-you-could-call-it-covid-19-torture/.

[25] Bryn Stole and Matt Sledge, NOLA, *Coronavirus Cases Explode in Louisiana's Immigration Lock-ups; What Is ICE Doing about It?* (May 2, 2020), https://www.nola.com/news/coronavirus/article_ae470c36-8c9f-11ea-8450-af1b6c53da5c.html.

[26] Seville & Rappleye, *supra* note 5.

[27] Seville & Rappleye, *supra* note 5.

[28] *Id*.

[29] Order Granting Plaintiff-Petitioners' Emergency Ex Parte Motion for Subclass-Wide Temporary Restraining Order, *Alcantara v Archambeault*, No. 3:20-cv-

1  rapid spread of the infection and the risk of death to vulnerable detainees, ICE only

2  released two detainees within three days of the court order,[30] and released 65 over

3  the next week, though it had identified 131 medically vulnerable individuals.[31]

4         23.    At the same time, alarming reports suggest that detention center staff

5  have retaliated against detainees for seeking protection from COVID-19.

6  Throughout the country, detainees and advocates have reported detention center

7  guards using tear gas, pepper spray, solitary confinement, and physical violence to

8  respond to detainees speaking out about poor conditions or seeking better

9  protection from the spread of COVID-19.[32]

10  _____

11  00756-DMS-AHG (S.D. Cal. Apr. 30, 2020), available at
    https://www.aclusandiego.org/wp-content/uploads/2020/04/2020-04-30-38-ORD-
    Granting-TRO.pdf; Morrissey, *supra* note 1. A federal court issued a similar

12  injunction for the Adelanto Detention Center, which is currently stayed pending
    appeal. See *Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC (C.D. Cal., Apr. 23,

13  2020), available at
    https://www.aclusocal.org/sites/default/files/aclu_socal_roman_20200423_order_

14  grantingpi.pdf.
    [30] *Id.*

15  [31] Morrisey, *supra* note 23.
    [32] Noah Lanard, MOTHER JONES, *ICE Detainees Terrified of the Coronavirus*

16  *Wanted to Be Deported. Guards Pepper-Sprayed Them* (Apr. 23, 2020),
    https://www.motherjones.com/politics/2020/04/ice-detainees-terrified-of-the-

17  coronavirus-wanted-to-be-deported-guards-pepper-sprayed-them/; Debbie
    Nathan, THE INTERCEPT, *Women in ICE Detention Face Reprisals for Speaking*

18  *Up about Fears of COVID-19* (Apr. 28, 2020),
    https://theintercept.com/2020/04/28/ice-detention-coronavirus-videos/; Cho,

19  *supra* note 15 (solitary confinement used to punish Louisiana detainee who spoke
    with journalist about facility conditions); José Olivares, THE INTERCEPT, *ICE's*

20  *Immigration Detainees Protested Lack of Coronavirus Precautions — and*
    *SWAT-like Private-Prison Guards Pepper-Sprayed Them* (May 5, 2020),

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

24.     At the Adelanto Detention Center, one of the detention centers targeted by this request, staff have recently been spraying dangerous amounts of a toxic disinfectant called HDQ throughout the facility.[33] Detainees report that the facility is using HDQ to retaliate against past detainee complaints regarding the facility's inadequate response to COVID-19.[34] Staff spray the toxic chemical over 50 times each day in poorly-ventilated areas.[35] Detainees have reported blistered skin, nosebleeds lasting over five hours, coughing or sneezing blood, fainting, and nausea.[36] It is coming into contact with individuals' eyes, noses, mouths, skin, clothing, bedding, food, and drinking water,[37] even though it should not be used

---

https://theintercept.com/2020/05/05/ice-stewart-immigration-detention-coronavirus-protest-pepper-spray/; Shannon Dooling, WBUR, *ICE Detainees Allege Assault, Isolation Used As Retaliation at Bristol County; Sheriff Denies Claims* (May 6, 2020), https://www.wbur.org/news/2020/05/06/bristol-sheriff-hodgson-altercation-recording (Massachusetts detainees allege assault and use of tear gas, paper spray, K9 unit, and solitary confinement against detainees seeking better detention center response to COVID-19).

[33] Canela López, INSIDER, *Report Finds ICE Detention Center is Using a Disinfectant over 50 Times a Day that Causes Bleeding and Pain* (Jun. 5, 2020), https://www.insider.com/report-detention-centers-use-disinfectant-causing-bleeding-and-pain-2020-6.

[34] *Id.*

[35] *Id.*

[36] Martin Estacio, DAILY PRESS, *Rally Protests Conditions at Adelanto ICE Center* (May 28, 2020), https://www.vvdailypress.com/news/20200528/rally-protests-conditions-at-adelanto-ice-center; López, *supra* note 33.

[37] Chantal da Silva, NEWSWEEK, *Over 250,000 Sign Petition to Stop ICE Using Powerful Disinfectant as Detainees Allegedly Suffer Serious Side Effects* (Jun. 3, 2020), https://www.newsweek.com/over-250000-sign-petition-stop-ice-using-powerful-disinfectant-detainees-allegedly-suffer-1508326.

without protective gear, should never be inhaled, and can cause severe skin burns

and irreversible eye damages.[38]

25.     Despite the grave risks posed by immigrant detention centers during

the COVID-19 pandemic, the large number of cases already reported, the

inadequate response by government officials, and the troubling reports of

retaliation, the public has limited access to information about detention centers'

response to the pandemic.[39] The records requested – including records regarding

the administration of medical care; available medical resources and hygiene

products; precautions taken in response to the pandemic; and numbers of detainees

---

[38] Spartan Chemical Company, Inc., *Safety Data Sheet* (Sep. 10, 2019),
https://www.spartanchemical.com/sds/downloads/AGHS/EN/1202.pdf.
[39] Eunice Cho, ACLU, *ICE's Lack of Transparency about COVID-10 in
Detention Will Cost Lives* (May 22, 2020),
https://www.aclu.org/news/immigrants-rights/ices-lack-of-transparency-about-
covid-19-in-detention-will-cost-lives/; Alan Gomez, Maria Clark & Rebecca
Plevin, USA TODAY, *"Terrified of Dying": Immigrants Beg to Be Released from
Immigration Detention as Coronavirus Spreads* (Apr. 7, 2020),
https://www.usatoday.com/story/news/nation/2020/04/07/covid-19-hits-ice-
detention-migrants-say-they-cant-clean-stay-safe/2953170001/ (describing
limited information regarding ICE's COVID-19 policies); Molly Parker & Brian
Munoz, *Officials Tight-Lipped on Pulaski County Detention Center Outbreak as
Detainees Fear for Their Lives*, THE SOUTHERN ILLINOISAN (Apr. 25, 2020),
https://thesouthern.com/news/local/officials-tight-lipped-on-pulaski-county-
detention-center-outbreak-as-detainees-fear-for-their-lives/article_b1805d49-
6d56-53c6-a650-229ed70aed4f.html; *USA:* AMNESTY INTERNATIONAL, *Amid
COVID-19 Pandemic, Authorities Must Release Immigration Detainees*, (Apr. 7,
2020), available at https://www.amnesty.org/en/latest/news/2020/04/usa-covid19-
pandemic-authorities-must-release-immigration-detainees/ (noting lack of
information about COVID-19 risks at ICE detention centers).

being tested, transferred to hospitals, released, or isolated – would allow the public to understand the extent and the nature of the crisis clearly occurring within Southern California detention centers and take informed steps to address and mitigate that crisis. This is essential to protecting the health of detainees, detention center staff, and the surrounding community, which suffers greatly when an infectious disease is permitted to spread within it.

26.    This information is all the more vital given the rapid spread of the COVID-19 virus. Detainees and detention center staff are already losing their lives as a result of COVID-19, and drastic steps must be taken quickly to minimize further suffering and loss of life.

## STATEMENT OF FACTS

### A.    **Requester's FOIA Request**

27.    On May 5, 2020, Requesters submitted identical FOIA requests to Defendants DHS, CBP, and ICE seeking records related to information in the possession of these government agencies regarding the COVID-19 outbreak at the facilities.

28.    The request sought disclosure of records "that were prepared, received, transmitted, collected, and/or utilized by ICE, CBP and/or DHS or prepared, received, transmitted, collected, and/or utilized by private contractors (including but not limited to CoreCivic, GEO, and Paragon) and that are now in

1    the possession of ICE, CBP, and/or DHS at the following facilities (hereinafter the

2    "facilities"): Adelanto Detention Center ("Adelanto"), Otay Mesa Detention

3    Center ("Otay Mesa"), and all land ports of entry and Border Patrol stations in

4    California." The records requested included, but were not limited to:

5         i.    Medical files, with names and other personal identifying

6               information redacted, of detainees who have reported

7               respiratory or flu-like symptoms, or who have been tested for

8               or diagnosed with COVID-19 from February 1, 2020 to

9               present.

10        ii.   Records related to precautions taken at the facilities because of

11              the COVID-19 pandemic.

12        iii.  Records containing the number of detainees who have been

13              taken to the hospital, tested positive for COVID-19, been

14              placed in solitary confinement, or granted parole from February

15              1, 2020 to present.

16        iv.   Records regarding the management of hunger strikes within the

17              facilities.

18        v.    Policies and communications related to private contractors and

19              COVID-19.

20

vi.    Records relating to detainee housing transfers in Otay Mesa from April 10, 2020 to present.

29.    In addition to the FOIA request, Requesters also requested a fee waiver and that each Defendant expedite processing of the request.

30.    A copy of the Request is attached as Exhibit 1.

**B.    Defendants' Responses to Requests**

31.    In a letter dated and received May 8, 2020, Defendant DHS acknowledged that it received the FOIA request on May 6, 2020. DHS informed Requesters that DHS's Privacy Office would coordinate a search with Defendants CBP and ICE and respond to the FOIA request on behalf of DHS and its components. It stated that it would respond to the request as expeditiously as possible by locating all responsive records and reviewing them for releasability.

32.    In the same letter, DHS also granted expedited treatment of the FOIA request and conditionally granted the request for a fee waiver.

33.    A copy of the receipt and grant of expedited processing is attached as Exhibit 2.

34.    Defendants were then obligated, within 20 business days of receiving the request, to make a "determination" of whether they would comply with the request, and to notify requestors immediately. 5 U.S.C. § 552(a)(6)(A)(i). A "determination" requires "more than merely acknowledging receipt of the request

1  and stating that the agency will produce any non-exempt records that it may later

2  locate." *Electronic Privacy Information Center v. Department of Justice*, 15

3  F.Supp.3d 32, 40 (D.D.C. 2014). Rather, as the D.C. Circuit has stated, "in order

4  to make a 'determination' and thereby trigger the administrative exhaustion

5  requirement, the agency must at least: (i) gather and review the documents;

6  (ii) determine and communicate the scope of the documents it intends to produce

7  and withhold, and the reasons for withholding any documents; and (iii) inform the

8  requester that it can appeal whatever portion of the 'determination' is adverse."

9  *Citizens for Responsibility and Ethics in Washington v. Federal Election*

10  *Commission*, 711 F.3d 180, 188 (D.C. Cir. 2013) ("*CREW*").

11      35.    The May 8 letter from DHS merely acknowledged receipt of the FOIA

12  request and stated that DHS would produce responsive records after determining

13  their releasability. It did not satisfy any of the *CREW* requirements.

14      36.    Although the 20-day window to make a determination expired June

15  4, 2020, DHS has not made a determination as defined in *CREW*.

16      37.    When an agency fails to make such a determination within the

17  statutory deadline, requestors are entitled to "immediate judicial supervision" of

18  the request. *Daily Caller v. U.S. Dep't of State*, 152 F.Supp.3d 1, 10 (D.D.C. 2015).

19  Accordingly, requestors are entitled to judicial review regardless of any

20

1  administrative exhaustion requirements that might otherwise bar action in federal

2  court. CREW, 711 F.3d 711 F.3d at 189.

3    38.    In cases where, as here, expedited processing has been granted, "the

4  district court's supervision will aim to ensure that the agency is processing a

5  request with 'due diligence' *and* as quickly 'as practicable.'" *Protect Democracy*

6  *Project, Inc. v. U.S. Dep't of Def.*, 263 F.Supp.3d 293, 302 (D.D.C 2017) (quoting

7  5 U.S.C. § 552(a)(6)(E)(iii)).

8                            **<u>COUNT ONE</u>**

9  **(Violation of the Freedom of Information Act for Failure to Make a**

10          **Determination Regarding Request by Statutory Deadline)**

11    39.    Plaintiffs repeat each allegation in Paragraphs 1 – 39, as if fully set

12  forth herein.

13    40.    On May 6, 2020, Plaintiffs made a request under FOIA to Defendants

14  DHS, CBP, and ICE for responsive records related to the spread of the COVID-19

15  virus in immigrant detention centers.

16    41.    Defendants were obligated under 5 U.S.C. § 552(a)(6)(A)(i) to make

17  a determination regarding the request within 20 business days. At a minimum, that

18  determination was required to gather and review responsive documents, determine

19  and communicate the scope of the documents it intends to produce and withhold,

20  and provide reasons for withholding any documents.

1    42.    Defendants failed to make this determination within the statutory

2    deadline, violating 5 U.S.C. § 552(a)(6)(A)(i).

3    43.    As a result of Defendants' failure to make the required determination,

4    Plaintiffs are deemed to have exhausted administrative remedies with respect to

5    Defendants. Accordingly, Plaintiffs are entitled to judicial supervision of

6    Defendants' compliance with the FOIA request, as well as a presumption that they

7    have failed to process the request as soon as practicable. Even if Defendants can

8    show "exceptional circumstances" justifying the delay, the court may retain

9    jurisdiction while Defendants continue to process the request. 5 U.S.C.

10   § 552(a)(6)(C)(i).

11   **PRAYER FOR RELIEF**

12   WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in its

13   favor:

14         i.    Declaring that Defendants' failure to make the required

15             determination before the statutory deadline violates FOIA;

16         ii.    Ordering Defendants to conduct a search for responsive records

17             with due diligence and as quickly as is practicable, and to

18             produce such records to plaintiffs;

19         iii.    Awarding Plaintiffs reasonable attorneys' fees and costs

20             pursuant to 5 U.S.C. § 552(a)(4)(E) and 28 U.S.C. § 2412; and

1        iv.    Granting all other such relief to Plaintiffs as the Court deems

2        just and proper.

3  DATED: June 11, 2020

4

5                      /s/ Erika Pinheiro

6                      Erika Pinheiro
AL OTRO LADO
PO Box 32578
Los Angeles, CA 90032
Tel: (619) 786-4866
Fax: (323) 430-8793

A. Nicole Hallett*
EDWIN F. MANDEL LEGAL AID CLINIC
The University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
Tel: (203) 910-1980
Fax: (773) 702-2063
* *pro hac vice* pending

Attorneys for Plaintiffs
AL OTRO LADO and
EDWIN F. MANDEL LEGAL AID CLINIC