UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-05191-ODW (MRWx) | Date | September 23, 2020 |
|---|---|---|---|
| Title | *Al Otro Lado et al. v. Department of Homeland Security et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**  **In Chambers**

On July 13, 2020, Plaintiffs Al Otro Lado and the Edwin F. Mandel Legal Aid Clinic at the University of Chicago Law School (together, "Plaintiffs") filed a Motion for Preliminary Injunction ("Motion") seeking an order for the production of documents responsive to Plaintiffs requests for records under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). (Mot., ECF No. 20.) The Motion came on for telephonic hearings on September 14, 2020, at 2:30 p.m., and September 23, 2020, at 9:00 a.m., in Courtroom 5D of the above-entitled Court.

Having carefully considered the papers filed in connection with the Motion and the oral argument of counsel at both hearings referenced above, the Court finds that Plaintiffs successfully establish: (1) a likelihood of success on the merits; (2) a likelihood that they will suffer irreparable harm if the preliminary relief is not granted; (3) that the balance of equities tips in their favor; and (4) that the injunction is in the public interest. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *see also Am. Immigration Council v. U.S. Dep't of Homeland Security*, No. 20-1196 (TFH), 2020 WL 3639733 (D.D.C. July 6, 2020) (granting preliminary injunction directing DHS to process approximately 800 pages of documents responsive to a COVID-19-related FOIA request at a rate of 400 pages per month).

Plaintiffs' Motion is **GRANTED IN PART**. Defendants are hereby **ORDERED** to deliver to Plaintiffs the records responsive to Plaintiffs' FOIA requests as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-05191-ODW (MRWx) | Date | September 23, 2020 |
|---|---|---|---|
| Title | *Al Otro Lado et al. v. Department of Homeland Security et al.* | | |

- Documents reflecting recent information responsive to Plaintiffs' seventh FOIA request—including the approximately twenty-seven excel worksheets identified by Defendants' counsel at oral argument—**within six weeks of this Order**; and

- All other documents and worksheets responsive to Plaintiffs' FOIA requests at a rate of **1000 pages per month, beginning immediately** as of the date of this Order.

**IT IS SO ORDERED.**

                                                               :    00

Initials of Preparer    SE