A. NICOLE HALLETT (*pro hac vice*)
nhallett@uchicago.edu
EDWIN F. MANDEL LEGAL AID CLINIC
 The University of Chicago Law School
 6020 S. University Ave.
 Chicago, Illinois 60637
 Telephone: (203) 910-1980
 Facsimile: (773) 702-2063

ERIKA PINHEIRO (Cal. Bar No. 275711)
erika@aolotrolado.org
AL OTRO LADO
 PO Box 32578
 Los Angeles, California 90032
 Telephone: (619) 786-4866
 Facsimile: (323) 430-8793

Attorneys for Plaintiffs
AL OTRO LADO and
EDWIN F. MANDEL LEGAL AID CLINIC


NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE (Cal. Bar No. 187101)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-8790
 Facsimile: (213) 894-7819
 E-mail: Jason.Axe@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, et al.<br><br>         Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>         Defendants. | No. 2:20-cv-05191 ODW (MRWx)<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS** |

## INTRODUCTION

This is an action brought pursuant to the Freedom of Information Act ("FOIA"). The parties hereby submit their Joint Stipulation to inform the Court of their efforts to narrow the issues for its review and to request that this Court stay the litigation until July 10, 2021 and schedule a status conference on or after that date, at which time the Court can enter a scheduling order pursuant to Fed. R. Civ. P. 16(b). A stay of proceedings would allow the parties to discuss the scope of document production and withholding while Defendants continue processing Plaintiffs' May 5, 2020 FOIA request, pursuant to the Court's September 23, 2020 order granting Plaintiffs' July 13, 2020 Motion for Preliminary Junction in part. The parties also request that the Court's preliminary injunction remain in effect during the stay of proceedings.

### I. SUMMARY OF PROCEEDINGS

On May 5, 2020, prior to filing their Complaint, Plaintiffs submitted three identical FOIA requests to Defendants U.S. Department of Homeland Security ("DHS") and two of its component agencies, U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"). On May 8, 2020, DHS – on behalf of all Defendants – acknowledged receipt of Plaintiffs' May 5, 2020 request and granted their demand for expedited processing.

Plaintiffs' Complaint was filed on June 11, 2020. On September 4, 2020, Defendants answered Plaintiffs' Complaint.

On July 13, 2020, Plaintiffs filed a Motion for Preliminary Injunction seeking an order for the expedited production of documents responsive to their FOIA request dated May 5, 2020. In their Opposition, Defendants identified 8,425 pages of documents for review in connection with Plaintiffs' FOIA requests. The Court heard argument on Plaintiffs' Motion for Preliminary Injunction via telephonic conference on September 14, 2020 and September 23, 2020.

On September 23, 2020, the Court issued a minute order granting Plaintiffs' Motion for Preliminary Injunction in part. The Court ordered Defendants to 1) produce 27 Excel spreadsheets responsive to Plaintiffs' seventh FOIA request within six weeks of the order and 2) produce all other responsive documents at a rate of 1000 pages per month beginning as of the date of the order.

Defendants made their first production of documents on October 23, 2020. DHS reviewed 1300 pages, of which 972 were deemed to be responsive and produced. 439 of the pages produced were withheld in part.

DHS's second production of documents, on November 4 and 5, contained 26 of the 27 Excel spreadsheets responsive to Plaintiffs' second FOIA request. The 27th spreadsheet was omitted from Defendants' November 4 and 5 production in error and sent to Plaintiffs on November 20.

DHS made its third production of documents on November 23, 2020. DHS reviewed 1000 pages, of which 993 were deemed to be responsive and produced. 942 of the pages produced were withheld in part.

## II. STATUS OF DISCUSSIONS AMONG PARTIES

On November 30, 2020, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants, through their undersigned counsel, held their Conference of Parties. During the Conference of Parties, the parties conferred to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case.

As of the date of this Joint Stipulation, Defendants have reviewed 2300 pages of responsive documents. Defendants currently have 12,766 pages remaining to review. At the rate of review ordered by the Court, Defendants will finish processing those pages in approximately twelve (12) months.

A stay of these proceedings would allow the parties to confer regarding redactions and applicable exemptions under FOIA and thereby narrow the scope of issues, if any, to be presented to the Court on summary judgment. By July 10,

2021, the parties should have a better idea as to what documents remain in dispute and will be better able to determine whether a further stay of proceedings should be requested or whether it would be appropriate at that time to proceed with a scheduling conference. The parties agree that the Court's preliminary injunction should remain in place if proceedings are stayed.

Respectfully submitted,

Dated: December 10, 2020    /s/ A. Nicole Hallett

Nicole Hallett (*pro hac vice*)
EDWIN F. MANDEL LEGAL AID CLINIC
The University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
Tel: (203) 910-1980
Fax: (773) 702-2063

Erika Pinheiro
AL OTRO LADO
PO Box 32578
Los Angeles, CA 90032
Tel: (619) 786-4866
Fax: (323) 430-8793

Attorneys for Plaintiffs
AL OTRO LADO and
EDWIN F. MANDEL LEGAL AID CLINIC

Dated: December 10, 2020    NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ Jason K. Axe
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

**ECF CERTIFICATION**

    The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: December 10, 2020       By:    /s/ A. Nicole Hallett